# United States Court of Appeals
## For the First Circuit

No. 13-1456

HANS BRUNS and KADRA HASSAN, on behalf of themselves
and other similarly situated individuals,

Plaintiffs, Appellants,

v.

MARY MAYHEW, Commissioner,
Maine Department of Health and Human Services,

Defendant, Appellee.

**JUDGMENT**

Entered: April 28, 2014

    This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of a preliminary injunction is affirmed, and the matter is remanded with instructions that the appellants' complaint be dismissed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. John A. Woodcock, Christa K. Berry, Clerk, United States District Court for the District of Maine, Ms. Archer, Mr. Barnard, Mr. Comart, Ms. Harnett, Mr. Heiden and Mr. Quinn.